UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM J. RALSTON,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. 3:06-CV-5683-KLS<br><br><br><br><br>ORDER FOR<br>REMAND |

Based on the stipulation between the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The parties, acting through their respective counsel, hereby agree that the above-captioned case be reversed and remanded for a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand to an Administrative Law Judge (ALJ), the ALJ will reevaluate the medical evidence. The ALJ will also reevaluate the Plaintiff's testimony, as well as, the lay witness testimony. The ALJ will reevaluate Plaintiff's residual

Page 1      ORDER- [3:06-CV-5683-KLS]

functional capacity and ensure that all of the limitations assessed will be incorporated into a hypothetical to a vocational expert. The ALJ will also reevaluate whether Plaintiff's previous work met the requirements for past relevant work. The ALJ will then perform a new step four, and if necessary, step five analysis. The parties agree that reasonable attorney fees should be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. DATED this 18th day of May, 2007.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ L. Jamala Edwards
L. JAMALA EDWARDS
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA 98104-7075
Phone: 206-615-3749
Fax: 206-615-2531
jamala.edwards@ssa.gov

Page 2  ORDER- [3:06-CV-5683-KLS]