# United States District Court

WESTERN DISTRICT OF WASHINGTON

WILLIAM J. RALSTON,
        Plaintiff,	JUDGMENT IN A CIVIL CASE
   v.

MICHAEL J. ASTRUE,	CASE NUMBER: C06-5683KLS
Commissioner of Social Security
 Administration,

        Defendants,

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The matter is REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. &405(g).

May 21, 2007	BRUCE RIFKIN
                                                Clerk

                                                /s/ Pat LeFrois
                                                Deputy Clerk